

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2018

No. 04-18-00287-CV

**IN THE INTEREST OF L.J.S.** and L.B.S., Children

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014EM503907
Honorable David A. Canales, Judge Presiding

### ORDER

This appeal is DISMISSED. Costs of this appeal are taxed against appellant, Lauren S. McClure.

It is so **ORDERED** on July 25, 2018.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2018.

Keith E. Hottle, Clerk of Court